# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 3:15CV831HESJRK

Plaintiff:
**AMANDA HEIDEL, individually and on behalf of all those similarly situated**

vs.

Defendant:
**COOPERVISION, INC., et al**

ROC2015016287

For:
Manuel J. Dominguez, Esquire
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410

Received by Elizabeth Bockmeyer on the 30th day of July, 2015 at 6:36 pm to be served on **ABB Concise Optical Group, LLC c/o Corporate Creations Network, 11380 Prosperity Farms Road, Suite 221E, Palm Beach Gardens, FL 33410.**

I, Elizabeth Bockmeyer, do hereby affirm that on the **31st day of July, 2015** at **11:45 am**, I:

**LLC REGISTERED AGENT EMPLOYEE:** served by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint Jury Trial Demanded** with the date and hour of service endorsed thereon by me, to: **Raziur Rahman** who is an employee for the Registered Agent for **ABB Concise Optical Group, LLC** at the address of **11380 Prosperity Farms Road, Suite 221E, Palm Beach Gardens, FL 33410**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.062 (1) or other state statute as applicable.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Middle Eastern, Height: 5'11", Weight: 175, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was effected in accordance with the Federal Rules of Civil Procedure.

Elizabeth Bockmeyer
Federal Server-1156

Rock Legal Services & Investigations Inc
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574

Our Job Serial Number: ROC-2015016287
Ref: Heidel v. Coopervision, Inc., et al

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r